## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

MARK STEGALL                                                                                             PLAINTIFF

V.                                       NO: 4:06CV01101 JMM/HDY

WHITE COUNTY DETENTION CENTER                                                    DEFENDANT

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 29th day of September, 2006.


_____
UNITED STATES DISTRICT JUDGE